JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>$461,940.00 IN U.S. CURRENCY, et al.,<br><br>　　　　　　　Defendants. | Case No. CV 16-7965 DMG (RAOx)<br><br>**JUDGMENT OF FORFEITURE** |

　　　Pursuant to the Court's Order granting the motion for summary judgment filed by plaintiff United States of America against claimant Midcap Funding XVII Trust,

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

　　　1.　　Plaintiff United States of America shall have judgment against defendants $461,940.00 in U.S. Currency, $88,984.00 in U.S. Currency, and $146,763.17 in bank funds ("defendant assets"). The defendant assets shall be condemned and forfeited to the United States of America, which shall dispose of the defendant assets in the manner required by law.

　　　2.　　The Court finds that there was reasonable cause for the seizure of the defendant assets and institution of these proceedings. The judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

3. Plaintiff United States of America and Claimant Midcap Funding XVII Trust shall bear their own attorney fees and costs.

DATED: December 13, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE